# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAROL A. JOHNSON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>ENTERPRISE RECOVERY SYSTEMS,<br><br>　　　　　Defendant. | Case No.: CV09-07833-DMG (Ex)<br><br>**ORDER PURSUANT TO STIPULATION OF DISMISSAL WITH PREJUDICE**<br>**JS-6** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:  May 26, 2010

　　　　　　　　　　　　　　　　　_/s/ Dolly M. Gee_____
　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　United States District Judge